

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Carmen Medina Carmona,          * From the 91st District Court
of Eastland County,
Trial Court No. 25745.

Vs. No. 11-22-00125-CR          * December 14, 2023

The State of Texas,          * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.